UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-44358 |
| | ) | |
| HARIDELL FORD | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor's anticipated 2014 federal tax refund in the amount of $267.00 is deferred to the end of the Chapter 13 Plan.

2. The Debtor is permitted to retain the funds from her 2014 federal tax refund whenever they are received.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 11, 2017

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090